

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00057-CV

IN THE INTEREST OF A.W., A CHILD          §          On Appeal from

                                          §          County Court at Law No. 2

                                          §          of Wichita County (12984-JR-F)

                                          §          June 13, 2019

                                          §          Opinion by Justice Gabriel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's final order of termination. It is ordered that the trial court's final order of termination is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel